THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Chad Redd,       
Appellant.
 
 
 

Appeal From Aiken County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-752
Submitted October 15, 2003  Filed December 18, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, 
 Jr., Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Chad Redd appeals from the 
 revocation of his probation. Counsel for Redd attached to the final brief a 
 petition to be relieved as counsel.  Redd did not file a separate pro se 
 brief.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Redds appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 STILWELL, BEATTY, and CURETON, JJ., 
 concur.